**Order entered February 12, 2014**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-13-01311-CV

### IN THE INTEREST OF N.A.A. AND K.D.A., CHILDREN

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52696-06**

### ORDER

Before the Court is appellant's January 15, 2014 motion for extension of time to file brief concurrently tendered. The motion was held pending a response from appellant regarding the timeliness of his appeal. On January 31, 2014, we received appellant's response. In his response, appellant asserts the notice of appeal, which was filed one day late but within the fifteen-day grace period allowed under rule 26.3 of the Texas Rules of Appellate Procedure, was timely filed under the "mailbox rule." *See* TEX. R. APP. P. 9.2(b), 26.3. Attached to appellant's letter is a certified mail receipt and a United States Postal Service tracking sheet reflecting appellant filed his notice of appeal within the time allowed under rule 26.1(a). *See id.* 26.1(a). Although given an opportunity to reply, appellee has not replied.

We consider the notice of appeal timely for jurisdictional purposes, given appellant's proof. We **GRANT** appellant's January 15th extension motion and **ORDER** the brief concurrently tendered filed as of the date of this order.

/s/  ELIZABETH LANG-MIERS
   JUSTICE